IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02482-MSK-KLM

JEREMY MARCEL RICHARDS, a minor, by and through his mother and Next Friend,
NINA RUTH RICHARDS,

       Plaintiffs,

v.

SHOCK DOCTORS, INC., a foreign corporation;
EZ GARD INDUSTRIES, INC., foreign corporation; and
JOHN DOES/MARY DOES, whose true names are unknown,

       Defendants.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff, a Minor, by and through his Mother and Next friend, commenced this action in the El Paso County District Court. Plaintiffs allege that during a September 6, 2008 football game, an opposing player pulled and yanked on his mouth guard. The mouth guard, allegedly designed, manufactured, sold and distributed by Defendants Shock Doctor, Inc. and EZ Gard Industries, Inc., had an incorporated strap that separated from the mouth guard, striking Plaintiff in his right eye. As a result of this accident, Plaintiff allegedly underwent two surgical procedures to his right eye and claims a permanent partial loss of visual acuity to his right eye. In the Complaint, the Plaintiffs did not request any particular monetary relief.

In the Notice of Removal, the Defendants assert that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332. The Defendants rely primarily upon correspondence from James Lee, MD, an ophthalmologist with the Lee Eye Institute, attesting to

Plaintiff's past surgeries and his medical diagnosis and future medical prognoses, and the Plaintiffs' election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 557 F. Supp. 2d 1208 (D. Colo. 2007), there has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the El Paso County District Court.

DATED this 26th day of October, 2010.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge